O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3215 AHM (FFMx) | Date | September 23, 2010 |
|---|---|---|---|
| Title | HUNT LOWRY v. ALDAR PROPERTIES PJSC | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

    In light of the Court's findings and rulings on Defendant's Motion for Summary Judgment, the parties are hereby ordered to meet and confer to determine which, if any, previously filed motions in limine should be withdrawn.

    The parties are also ordered to propose a new date for the Pretrial Conference and Trial, preferably in November.

|  | : |
|---|---|
| Initials of Preparer | SMO |

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3215 AHM (FFMx) | Date | September 23, 2010 |
|---|---|---|---|
| Title | HUNT LOWRY v. ALDAR PROPERTIES PJSC | | |