O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3215 AHM (FFMx) | Date | October 5, 2010 |
|---|---|---|---|
| Title | HUNT LOWRY v. ALDAR PROPERTIES PJSC | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

  The five-day jury trial in this case will commence on November 30, 2010 at 8:00 a.m. The final pre-trial conference will be held at 11:00 a.m. on November 15, 2010. The parties themselves and trial witnesses need not attend it, of course. The Court will issue its rulings on the pending motions *in limine* at the final pre-trial conference.

                            :
                    Initials of Preparer  SMO